DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
HONG XUAN VO ) Case No. 17-51938 SLJ
)
) **MOTION TO DISMISS CASE WITH**
) **DECLARATION IN SUPPORT AND**
Debtor ) **CERTIFICATE OF SERVICE**

DEVIN DERHAM-BURK, Chapter 13 Standing Trustee requests the instant case be dismissed for cause, and that the accompanying Dismissal Order be entered.

Dated: November 06, 2018           /s/  DEVIN DERHAM-BURK
                                   Chapter 13 Standing Trustee

**DECLARATION IN SUPPORT OF MOTION**

The above named Debtor is in default under the terms of the confirmed plan.  Based upon the default, the Debtor and counsel for the Debtor were served a NOTICE OF DEFAULT IN CHAPTER 13 PLAN AND DEMAND FOR CURE, [hereinafter "NOTICE"], and filed with the court on August 30, 2018. [Doc #60]  The NOTICE outlined specific options that, if met within 21 days of the Notice, might allow the Debtor to cure the default and avoid dismissal of the plan.

The Debtor failed to respond to the NOTICE in that 1) the Debtor has failed to cure the default; and 2) has failed to meet and confer with the Trustee and enter into an agreement as outlined in the Notice; and 3) has failed to file and serve an application or motion resolving the default.  The Debtor remains in default under the terms of the confirmed plan.  The Debtor was noticed that the case would be dismissed forthwith if the Debtor failed to respond to and act upon the NOTICE and resolve the default.  As of the date of this declaration, the Debtor has failed to act upon the NOTICE.  I am the case administrator for the Trustee.  I am responsible for administering the default under this case.  I am personally familiar with the facts stated.  I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.  Executed this date in Los Gatos, California.

Dated: November 06, 2018  /s/ Esmeralda Mejia
Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Motion to Dismiss Case with Declaration by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 06, 2018. Said envelopes were addressed as follows:

HONG XUAN VO
311 BROMLEY CROSS DR
SAN JOSE, CA 95119

LAW OFFICES OF DAVID A BOONE
1611 THE ALAMEDA
SAN JOSE, CA 95126

Dated: November 06, 2018

/s/ Esmeralda Mejia
Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee